# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 9, 2018

157589-640 & (17)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

MELVIN H. NYLAAN and MARLENE J.
NYLAAN,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

_____/

SC: 157589
COA: 343023
Kent CC: 17-010716-CZ

THEODORE J. RYFIAK, JR.,
        Plaintiff-Appellee,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

_____/

SC: 157590
COA: 343024
Kent CC: 17-010720-CZ

MICHAEL A. METZ and LAURA C. METZ,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

_____/

SC: 157591
COA: 343025
Kent CC: 17-010723-CZ

RANDALL D. SCHMIDT, II and MARY A.
SCHMIDT,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

_____/

SC: 157592
COA: 343026
Kent CC: 17-010766-CZ

DAVID F. CLARK,
        Plaintiff-Appellee,

v

              SC: 157593
              COA: 343028
              Kent CC: 17-010769-CZ

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

_____/

SUSAN R. GROOVER,
        Plaintiff-Appellee,

v
              SC: 157594
              COA: 343028
              Kent CC: 17-010769-CZ

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

_____/

JAMES D. PENROD, JR. and MARY V.
PENROD,
        Plaintiffs-Appellees,

v
              SC: 157595
              COA: 343029
              Kent CC: 17-010809-CZ

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

_____/

MARK K. BREEN and DARR L. BREEN,
        Plaintiffs-Appellees,

v
              SC: 157596
              COA: 343030
              Kent CC: 17-010818-CZ

WOLVERINE WORLD WIDE, INC.,
         Defendant-Appellant.

_____/

JAMES A. WATTS and TRINH P. WATTS,
        Plaintiffs-Appellees,

v
              SC: 157597
              COA: 343031
              Kent CC: 17-010906-CZ

WOLVERINE WORLD WIDE, INC.,
         Defendant-Appellant.

_____/

JOSHUA C. GOAD and JODI L. GOAD,
        Plaintiffs-Appellees,

v
              SC: 157598
              COA: 343032
              Kent CC: 17-010907-CZ

WOLVERINE WORLD WIDE, INC.,
         Defendant-Appellant.

_____/

BRIAN GREKO and HEATHER GREKO,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.
_____/

SC: 157599
COA: 343033
Kent CC: 17-010908-CZ

NATHAN C. WOOD and LISA E. WOOD,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.
_____/

SC: 157600
COA: 343034
Kent CC: 17-010923-CZ

RYAN C. SCHWEINZGER and MEAGHAN
K. SCHWEINZGER,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.
_____/

SC: 157601
COA: 343035
Kent CC: 17-010966-CZ

TODD C. KLINSKE and ANGELA KLINSKE,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.
_____/

SC: 157602
COA: 343036
Kent CC: 17-010967-CZ

BRIAN MEYERHOLTZ and KRISTI
MEYERHOLTZ,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.
_____/

SC: 157603
COA: 343037
Kent CC: 17-011004-CZ

LUCAS J. CARNEY, Individually, and
JENNIFER L. CARNEY, Individually and as

Next Friend of D.D., a Minor,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

SC: 157604
COA: 343038
Kent CC: 17-011041-CZ

_____/

LISA A. MARTIN, Individually, and
STEPHEN E. MARTIN, Individually and as
Next Friend of K.M., a Minor,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

SC: 157605
COA: 343039
Kent CC: 17-011042-CZ

_____/

RONALD J. SCHOLLAART and TAMARA
J. SCHOLLAART,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

SC: 157606
COA: 343040
Kent CC: 17-011043-CZ

_____/

SCOTT HAUGHT and JEANNIE HAUGHT,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

SC: 157607
COA: 343041
Kent CC: 17-011146-CZ

_____/

JACEK Z. SZOPA and DANUTA SZOPA,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

SC: 157608
COA: 343042
Kent CC: 17-011166-CZ

_____/

LEE A. MEYERS and KIMBERLY A. MEYERS,
        Plaintiffs-Appellees,

v

SC: 157609

5

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

COA: 343043
Kent CC: 17-011167-CZ

_____/

BRIAN C. SCOTT and KRISTINA M. PALIWODA,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

SC: 157610
COA: 343044
Kent CC: 17-011168-CZ

_____/

SCOTT DRESEN and CINDEE DRESEN,
Individually and as Trustees of the Scott and
Cindy Dresen Trust,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

SC: 157611
COA: 343045
Kent CC: 17-011169-CZ

_____/

FRANK M. ZOPPA and KIMBERLY L. ZOPPA,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

SC: 157612
COA: 343046
Kent CC: 17-011171-CZ

_____/

ROBERT C. VERSLUIS and CHRISTINE
VERSLUIS,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

SC: 157613
COA: 343047
Kent CC: 17-011218-CZ

_____/

DANIEL E. MALE and JANNA R. MALE,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,

SC: 157614
COA: 343048
Kent CC: 17-011219-CZ

Defendant-Appellant.
_____/

STEVEN J. COLBY and JANICE K. WABEKE,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.
_____/

SC: 157615
COA: 343049
Kent CC: 17-011238-CZ

SCOTT INGRAHAM and LISA INGRAHAM,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.
_____/

SC: 157616
COA: 343050
Kent CC: 17-011303-CZ

MICHAEL McGREGOR and MADELAINE
McGREGOR, Individually and as Trustees of
the Michael and Madelaine G. McGregor Trust,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.
_____/

SC: 157617
COA: 343051
Kent CC: 17-011304-CZ

DAVID J. RADLE and LAURA E. RADLE,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.
_____/

SC: 157618
COA: 343052
Kent CC: 17-011305-CZ

JAMES W. BECK, III and ANDREA V. BECK,
        Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.
_____/

SC: 157619
COA: 343053
Kent CC: 17-011443-CZ

PAUL D. HARRIS and BRENDA K. HARRIS,

Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
      Defendant-Appellant.

_____/

SC: 157620
COA: 343054
Kent CC: 17-011444-CZ

THOMAS J. HULA, TERRY K. HULA,
BRITTANY M. HULA, and BRANDI L. GLASKE,
      Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
      Defendant-Appellant.

_____/

SC: 157621
COA: 343055
Kent CC: 17-011445-CZ

DENNIS J. MORGAN and RACHEL M. MORGAN,
      Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
      Defendant-Appellant.

_____/

SC: 157622
COA: 343056
Kent CC: 17-011446-CZ

PATRICK J. BYRNE and SUZANNE K. BYRNE,
      Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
      Defendant-Appellant.

_____/

SC: 157623
COA: 343057
Kent CC: 17-011447-CZ

GARY T. SKIBA and KATHY L. SKIBA,
      Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
      Defendant-Appellant.

_____/

SC: 157624
COA: 343058
Kent CC: 17-011449-CZ

MICHAEL J. NIENHUIS and KARRIE-HOPE
NIENHUIS, Individually and as Trustees of the
Michael J. Nienhuis and Karrie-Hope Nienhuis
Revocable Trust,
      Plaintiffs-Appellees,

v

SC: 157625

WOLVERINE WORLD WIDE, INC.,
    Defendant-Appellant.

COA: 343059
Kent CC: 17-011536-CZ

_____/

RYAN W. SCHABERG and JESSICA L. SCHABERG,
    Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
    Defendant-Appellant.

SC: 157626
COA: 343060
Kent CC: 17-011537-CZ

_____/

RYAN R. VANAGTMAEL and ANNA L. VANAGTMAEL,
    Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
    Defendant-Appellant.

SC: 157627
COA: 343061
Kent CC: 17-011609-CZ

_____/

ASHLEE M. NAFFZIGER, Individually and as Personal Representative of the Estate of HUNTER STEPHEN NAFFZIGER,
    Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
    Defendant-Appellant.

SC: 157628
COA: 343062
Kent CC: 18-000054-CZ

_____/

ANDREW C. DEBSKI and BETHANY J. DEBSKI,
    Plaintiffs-Appellees,

v

WOLVERINE WORLD WIDE, INC.,
    Defendant-Appellant.

SC: 157629
COA: 343063
Kent CC: 18-000055-CZ

_____/

SETH O. McNAUGHTON, Individually, and TOBYN E. McNAUGHTON, Individually and as Next Friend of J.M., a Minor,
    Plaintiffs-Appellees,

v

SC: 157630

COA: 343064
Kent CC: 18-000086-CZ

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

_____/

DANIEL C. SMITH,
        Plaintiff-Appellee,

v
        SC: 157631
        COA: 343065
        Kent CC: 18-000087-CZ

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

_____/

KYLE M. WEEDA and SAMANTHA M. WEEDA,
        Plaintiffs-Appellees,

v
        SC: 157632
        COA: 343066
        Kent CC: 18-000229-CZ

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

_____/

ROBERT J. SULLIVAN and AMY JO L.
SULLIVAN,
        Plaintiffs-Appellees,

v
        SC: 157633
        COA: 343067
        Kent CC: 18-000230-CZ

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

_____/

ZACHARY R. RAVEN and MEGHAN M.
RAVEN,
        Plaintiffs-Appellees,

v
        SC: 157634
        COA: 343068
        Kent CC: 18-000231-CZ

WOLVERINE WORLD WIDE, INC.,
        Defendant-Appellant.

_____/

ROBERT PEARSON and SAMANTHA
CRIMMINS,
        Plaintiffs-Appellees,

v
        SC: 157635
        COA: 343069
        Kent CC: 18-000233-CZ

WOLVERINE WORLD WIDE, INC.,

Defendant-Appellant.

_____/

RICK E. BURROWS and CARRIE L. BURROWS,
Individually and as Trustees of the Rick and Carrie
Burrows Living Trust,
     Plaintiffs-Appellees,

v                                SC: 157636
                                 COA: 343070
                                 Kent CC: 18-000308-CZ

WOLVERINE WORLD WIDE, INC.,
     Defendant-Appellant.

_____/

SANDRA J. WYNN-STELT, Individually, as
Trustee of the Sandra J. Wynn-Stelt Trust, and as
Personal Representative of the Estate of JOEL
R. STELT,
     Plaintiffs-Appellees,

v                                SC: 157637
                                 COA: 343071
                                 Kent CC: 18-000309-CZ

WOLVERINE WORLD WIDE, INC.,
     Defendant-Appellant.

_____/

STEVEN D. BROEKSTRA and AMY E.
BROEKSTRA,
     Plaintiffs-Appellees,

v                                SC: 157638
                                 COA: 343072
                                 Kent CC: 18-000329-CZ

WOLVERINE WORLD WIDE, INC.,
     Defendant-Appellant.

_____/

DAVID M. MILLER and KATHLEEN A.
MILLER,
     Plaintiffs-Appellees,

v                                SC: 157639
                                 COA: 343073
                                 Kent CC: 18-000331-CZ

WOLVERINE WORLD WIDE, INC.,
     Defendant-Appellant.

_____/

JEFFERY S. VANDERZOUWEN and ATTI
VANDERZOUWEN,
     Plaintiffs-Appellees,

v

                                                          SC: 157640
COA: 343074
Kent CC: 18-000332-CZ

**WOLVERINE WORLD WIDE, INC.,**
                Defendant-Appellant.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 17, 2018 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 9, 2018

d0508

                                                        Clerk